## SYLLABI
### Cases Decided by Supreme Court

### No. 406

No. 20169—Board of County Commissioners of Summit County v. Board of County Commissioners of Trumbull County. Error to the Court of Appeals of Trumbull County.

417. DOMICILE—Where parents of minor children are divorced, the decree giving to mother sole custody of the children, the legal settlement of the mother is that of the children, and when the mother in good faith, moves to another county, acquiring legal settlement therein, the children also acquire such settlement through her.

KINKADE, J.

When the parents of minor children are divorced, and the decree gives to the mother the sole and exclusive care, custody and control of the minor children, the legal settleemnt of the mother thereby becomes the legal settlement of the minor children; and when the mother thereafter, acting in good faith, moves to another county, taking the minor children with her, and intending to make the latter county the permanent home of herself and her minor children as well, and pursuant thereto, the mother acquires a legal settlement in the county to which she thus moves, the minor children thereby acquire, through their mother, a legal settlement in the same county.

Judgment affirmed.

Marshall, CJ., Day, Allen, Robinson, Jones and Matthias, JJ., concur.

### No. 407

No. 20171—United States Fidelity and Guaranty Co. v. Elias Samuels. Error to the Court of Appeals of Mahoning county.

865. OFFICE & OFFICERS—Failure of police officer to exercise ordinary care in performance of duty, with injury to others as a result, constitutes misfeasance.      *

1140. SURETY AND SURETYSHIP — Police officer's surety liable for negligent operation of a motorcycle by such officer in the performance of his official duties.

MATTHIAS, J.

1. Where in the dishharge of official duty a polce officer fails to take that precaution or exercise that care which due regard for othe:s requires, resulting in injury, his conduct constitutes misfeasance.

2. A surety on the bond of a motor cycle police officer with a condition that he "shall faithfully perform the duties of the office of policeman of said city" is liable for the negligent operation of a motor vehicle by such officer in the performance of his official duties.

Judgment affirmed.

Marshall, CJ., Day, Allen, Kinkade, Robinson and Jones, JJ., concur.

### No. 408

No. 20306—Lyman H. Albright, et al. v. Arvilla Albright, et al Error to the Court of Appeals of Seneca County.

230. CHILDREN—Where a testator devised land to his son Isaac Albright for life, remainder to his children if any living and if no children living to the legal representatives of the Albright family, Isaac having died without children, a child adopted fifteen years after testator's death does not take under the will.

ALLEN, J.

A testator devised certain land to his son Isaac Albright in a will which contained the following provision: "The land above devised to my son Isaac Albright he is to have the use of during his natural life, and at his death to vest in fee simple in his children if he shall have any living. If he shall leave no children living at his death then said lands shall vest in his legal representatives of the Albright family." Isaac Albright died without children, having adopted a child, Jesse Albright, fifteen years after the death of the testator. In an action for partition and quieting of title held that the adopted child is not a legal representative of the Albright family and does not take under the will.

Judgment reversed in part.

Day, Robinson and Matthias, JJ., concur.